IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FRANCISCA N. MARTINEZ, individually and in her official capacity as Personal Representative of the Estate of JOSIAH C. SAWNEY, deceased; *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>SEQUOYAH COUNTY CRIMINAL JUSTICE AUTHORITY; *et al.*,<br><br>  Defendants. | Case No. CIV-2021-84-TDD |

## NOTICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTARY EVIDENCE

TO:   All Parties of Record.

Please take notice that, pursuant to Rules 34(c) and 45 of the Federal Rules of Civil Procedure, on August 30, 2021, Petitioners caused a subpoena to be issued for production of documentary evidence in the above captioned matter to the Sequoyah County Sheriff Department. A copy of the subpoena is attached as Exhibit A. The documents are to be produced to the undersigned attorney at the law offices of Josh Hutchins, 120 N. Cherokee Ave., Tahlequah, Oklahoma 74464 on or before the 13th day of September 2021.

Respectfully submitted,

/s/ Josh Hutchins
JOSH HUTCHINS, OBA #34054
Hutchins Law, PLLC
120 N. Cherokee Ave.
(Formerly 215 W. Shawnee St.)
Tahlequah, OK 74464
(918) 453-2800

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jamison C. Whitson
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
E-mail: jcw@czwlaw.com

Meilani C. Kaaihue, OBA #33931
JOHNSON HANAN VOSLER HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
E-Mail: mkaaihue@johnsonhanan.com
Telephone: (405) 232-6100
Facsimile: (405) 232-610

Wellon B. Poe
Collins Zorn & Wagner, PC
429 NE 50th St, Second Flr
Oklahoma City, OK 73105-1815
405-524-2070
405-524-2078 (fax)
wbp@czwlaw.com

Sean Snider
Johnson Hanan Vosler Hawthorne & Snider
9801 N Broadway Ext
Oklahoma City, OK 73114
405-203-6100
405-232-6105 (fax)
ssnider@johnsonhanan.com

              /s/___Josh Hutchins_____
              Josh Hutchins